# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

LATISHA MITCHELL                                                                                PLAINTIFF

V.                                                              CIVIL ACTION NO. 1:13-CV-00049-SA-DAS

CITY OF TUPELO, MISSISSIPPI                                                                     DEFENDANT

## ORDER

Pursuant to a memorandum opinion issued this day, Tupelo's Motion for Summary Judgment [64] is GRANTED IN PART AND DENIED IN PART. Mitchell's claim for intentional discrimination in violation of Title VII is dismissed with prejudice. Her claims for disability discrimination based upon a failure to accommodate and retaliation in violation of Title VII remain. Additionally, Mitchell's Motion for Leave to File Counter-Affidavit [77] is GRANTED.

SO ORDERED on this, the 11th day of September, 2014.

                                                  /s/ Sharion Aycock
                                                  UNITED STATES DISTRICT JUDGE