IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LATISHA MITCHELL                                                                                          PLAINTIFF

V.                                                                       CIVIL ACTION NO. 1:13-CV-00049-SA-DAS

CITY OF TUPELO, MISSISSIPPI                                                                       DEFENDANT

## JUDGMENT

This action was tried by a jury with Judge Sharion Aycock presiding, and the jury has rendered a verdict:

It is ORDERED that:

Plaintiff Latisha Mitchell recover from Defendant City of Tupelo, Mississippi $35,000 in lost income, and $30,000 in damages for emotional pain and suffering, with interest at the rate of 0.11%, along with costs.

This, the 30th day of September, 2014.

                                                  David Crews, Clerk of Court

                                                  /s/ Ginger Sisk
                                                  By: Courtroom Deputy