IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LATISHA MITCHELL                                                               PLAINTIFF

V.                                                    CIVIL ACTION NO. 1:13-CV-00049-SA-DAS

CITY OF TUPELO, MISSISSIPPI                                                   DEFENDANT

<u>JUDGMENT</u>

This action was tried by a jury with Judge Sharion Aycock presiding, and the jury has

rendered a verdict:

It is ORDERED that:

As to Plaintiff Latisha Mitchell's claim for disability discrimination, judgment be entered

in favor of Defendant City of Tupelo, Mississippi.

As to Plaintiff's claim for retaliation, Plaintiff Latisha Mitchell recover from Defendant

City of Tupelo, Mississippi $35,000 in lost income, and $30,000 in damages for emotional pain

and suffering, with interest at the rate of 0.11%, along with costs.

This, the 30th day of September, 2014.


                                        <u>David Crews, Clerk of Court</u>

                                        <u>/s/ Ginger Sisk</u>
                                        By: Courtroom Deputy