IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LATISHA MITCHELL                                                                               PLAINTIFF

VS.                                                           CIVIL ACTION NO. 1:13-CV-00049-SA-DAS

CITY OF TUPELO, MISSISSIPPI                                                              DEFENDANT

## DISMISSAL ORDER

The Court being advised that the referenced action has been resolved between the parties, it is hereby

ORDERED that this action is dismissed with prejudice with both parties to pay their own costs, including attorneys' fees.

SO ORDERED, this the 24th day of October, 2014.

                                                                                   /s/ Sharion Aycock_____
                                                                                  UNITED STATES DISTRICT JUDGE